LAW OFFICES OF ABE GUPTA
ABE GUPTA, ESQ. (State Bar No. 262032)
2224 Railroad Avenue
Pittsburg, California 94565-3856
Telephone: (925) 519-7956
Facsimile: (925) 269-2380
Email: abegupta@gmail.com

LAW OFFICES OF JOHN COKER
JOHN D. COKER, ESQ. (State Bar No. 40730)
525 Marina Boulevard
Pittsburg, California 94565
Telephone: (925) 432-7373

Attorneys for Petitioners and Plaintiffs

# UNITED STATES DISTRICT COURT

## NORTHERN DISTRICT OF CALIFORNIA - SAN FRANCISCO DIVISION

| | |
|---|---|
| SOM D. GUPTA, an individual; ANABE, INC., a California corporation, individually and as successor in interest to Som D. Gupta dba ABE PETROLEUM, <br><br> Plaintiffs and Petitioners, <br><br> v. <br><br> CITY OF UNION CITY, a municipal corporation; BAY AREA AIR QUALITY MANAGEMENT DISTRICT, a public entity; COUNTY OF ALAMEDA, a public entity; GILBARCO INC., a Delaware corporation; AND DOES 1 THROUGH 50, INCLUSIVE, <br><br> Defendants and Respondents. | CASE NO. 3:11-cv-02483-CRB <br><br> **JOINT NOTICE OF SETTLEMENT** <br><br> Complaint Filed: December 17, 2010 <br><br> Judge: The Honorable Charles R. Breyer |

-1-
**JOINT NOTICE OF SETTLEMENT**

# JOINT NOTICE OF SETTLEMENT

Plaintiffs *SOM D. GUPTA, an individual; ANABE, INC., a California corporation, individually and as successor in interest to Som D. Gupta dba ABE PETROLEUM* and *Defendants CITY OF UNION CITY, a municipal corporation; BAY AREA AIR QUALITY MANAGEMENT DISTRICT, a public entity; COUNTY OF ALAMEDA, a public entity;* Defendant THE VEEDER-ROOT COMPANY, erroneously sued as GILBARCO, INC. ("the Parties") jointly file this Joint Notice of Settlement to inform the Court that the Parties have settled all claims at issue in this case.

Accordingly, the parties request that all pending hearing dates be continued 60 days, including dates for pending motions and the scheduling conference, so the parties may draft and execute a settlement agreement.

Respectfully Submitted,

DATED: August 10th, 2011          LAW OFFICES OF ABE GUPTA

By: /s/ *Abe Gupta*
ABE GUPTA (#262032)
JOHN COKER (#40730)
Attorneys for Plaintiffs SOM D. GUPTA, an individual; ANABE, INC., a California corporation, individually and as successor in interest to Som D. Gupta dba ABE PETROLEUM

DATED: August 10th, 2011          LOW BALL & LYNCH

By: /s/ *Dirk D. Larsen*
DIRK D. LARSEN (#246028)
Attorneys for Defendant CITY OF UNION CITY

-2-
**JOINT NOTICE OF SETTLEMENT**

| | | |
|---|---|---|
| 1 | DATED: August 10th, 2011 | WOOD, SMITH, HENNING & BERMAN LLP |
| 2 | | |
| 3 | | By: /s/ Mark D'Argenio |
| 4 | | MARK J. D'ARGENIO (#238006) |
| | | STEVEN R. DISHAROON (#273170) |
| 5 | | Attorneys for Defendant BAY AREA AIR QUALITY |
| 6 | | MANAGEMENT DISTRICT (BAAQMD) |
| 7 | DATED: August 10th, 2011 | GORDON & REES LLP |
| 8 | | |
| 9 | | By: /s/ Andrew D. Castricone |
| 10 | | ANDREW D. CASTRICONE (#154607) |
| 11 | | Attorneys for Defendant THE VEEDER-ROOT COMPANY, erroneously sued as GILBARCO, INC. |
| 12 | | |
| 13 | DATED: August 10th, 2011 | Office of County Counsel |
| 14 | | |
| 15 | | By: /s/ Raymond MacKay |
| 16 | | RAYMOND MACKAY (#113230) |
| 17 | | Attorneys for Defendant ALAMEDA COUNT |

**IT IS SO ORDERED.**

Dated: August 12, 2011

_____
The Honorable Charles R. Breyer

**IT IS SO ORDERED**
Judge Charles R. Breyer

-3-
**JOINT NOTICE OF SETTLEMENT**